UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA

   - against -

GARY KERSHNER and
SONGKRAM ROY
SAHACHAISERE,

             Defendants.
- - - - - - - - - - - - - - - -X

**VERDICT SHEET**

13-CR-452 (S-2) (ENV)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
NOV 10 2015
BROOKLYN OFFICE

VITALIANO, D.J.,

WE, THE JURORS, DULY DRAWN AND SWORN TO TRY THIS ACTION, IN ACCORDANCE WITH PRINCIPLES OF LAW AS CHARGED BY THE COURT, SAY WE FIND OUR VERDICT BY ANSWERING THE FOLLOWING QUESTIONS SUBMITTED BY THE COURT:

I.    **COUNT ONE: CONSPIRACY TO COMMIT SECURITIES FRAUD**

**As to defendant GARY KERSHNER**

    How do you find defendant GARY KERSHNER?

                        Not Guilty _____  Guilty __X__

**As to defendant SONGKRAM ROY SAHACHAISERE**

    How do you find defendant SONGKRAM ROY SAHACHAISERE?

                        Not Guilty _____  Guilty __X__

EXHIBIT 7

**IF you UNANIMOUSLY find either defendant guilty as to COUNT ONE, you must answer the following:**

Which of the following overt acts do you UNANIMOUSLY find to have been committed in furtherance of the conspiracy charged in COUNT ONE? (Check ALL that apply.)

   _X_   a.    On or about January 14, 2009, Mohammed Dolah arranged, among other things, for cash payments to be made for purchases of the Target Stocks to manipulate the Target Stocks' price and trading volume.

   _X_   b.    On or about June 26, 2009, SAHACHAISERE received a telephone call from an individual in Brooklyn, New York, to discuss, among other things, how the Penny Stock Defendants would be able to drive up the prices of the Target Stocks and how they have access to insiders at the Target Stock Companies.

   _X_   c.    On or about October 19, 2009, SAHACHAISERE placed a telephone call from Huntington Beach, California, to an individual in Brooklyn, New York, to discuss, among other things, the process by which the Penny Stock Defendants would conceal the true ownership of the Target Stocks.

   _X_   d.    On or about June 23, 2011, KERSHNER received a telephone call from an individual in Brooklyn, New York, to discuss, among other things, how KERSHNER would create false documents with fake names and signatures for the Target Stock Companies.

   _X_   e.    On or about July 22, 2011, KERSHNER received a telephone call from an individual in Brooklyn, New York, to discuss, among other things, how KERSHNER would create false names of executives in fraudulent documents that the Penny Stock Defendants would use in connection with the Target Stock Companies.

   _X_   f.    On or about June 1, 2012, Sandy Winick placed a telephone call from Bangkok, Thailand, to an individual in Brooklyn, New York, to discuss, among other things, issuing false press releases

2

from the Target Stock Companies for use by the Penny Stock Defendants.

✗ g.    On or about June 4, 2012, Joseph Manfredonia placed a telephone call from Freehold, New Jersey, to an individual in Brooklyn, New York, to discuss, among other things, how the Penny Stock Defendants should build trading volume for the Target Stocks before intervention by securities regulators.

___ h.    On or about February 24, 2012, Winick received a telephone call from an individual in Brooklyn, New York, to discuss, among other things, how the Penny Stock Defendants should liquidate the Target Stocks prior to intervention by the Federal Bureau of Investigation.

✗ i.    On or about February 27, 2012, Winick received a telephone call from an individual in Brooklyn, New York, to discuss, among other things, how the Penny Stock Defendants should liquidate the Target Stocks because of the risk posed by an investigation by securities regulators.

✗ j.    On or about August 29, 2012, Manfredonia received a telephone call from an individual in Brooklyn, New York, to discuss, among other things, how none of the Penny Stock Defendants even remember the Target Stock Companies' false business plans.

✗ k.    On or about September 18, 2012, Manfredonia placed a telephone call from Freehold, New Jersey, to an individual in Brooklyn, New York, to discuss, among other things, rescheduling the dissemination of the Target Stock Companies' false press releases to coincide with the promotion of the Target Stocks.

## II.  COUNT TWO: CONSPIRACY TO COMMIT WIRE FRAUD

### As to defendant GARY KERSHNER

How do you find defendant GARY KERSHNER?

Not Guilty _____   Guilty __X__

### As to defendant SONGKRAM ROY SAHACHAISERE

How do you find defendant SONGKRAM ROY SAHACHAISERE?

Not Guilty _____   Guilty __X__

## III.  COUNT THREE: WIRE FRAUD on JUNE 26, 2009

### As to defendant SONGKRAM ROY SAHACHAISERE

How do you find defendant SONGKRAM ROY SAHACHAISERE?

Not Guilty _____   Guilty __X__

## IV.  COUNT FOUR: WIRE FRAUD on OCTOBER 19, 2009

### As to defendant SONGKRAM ROY SAHACHAISERE

How do you find defendant SONGKRAM ROY SAHACHAISERE?

Not Guilty _____   Guilty __X__

## V.  COUNT FIVE: WIRE FRAUD on JUNE 23, 2011

### As to defendant GARY KERSHNER

How do you find defendant GARY KERSHNER?

Not Guilty _____   Guilty __X__

4

## VI. COUNT SIX: WIRE FRAUD on JULY 22, 2011

**As to defendant GARY KERSHNER**

How do you find defendant GARY KERSHNER?

Not Guilty _____   Guilty __X__

## VII. COUNT SEVEN: SECURITIES FRAUD re RSGR

**As to defendant SONGKRAM ROY SAHACHAISERE**

How do you find defendant SONGKRAM ROY SAHACHAISERE?

Not Guilty _____   Guilty __X__

## VIII. COUNT EIGHT: SECURITIES FRAUD re TMHO/FDHC

**As to defendant GARY KERSHNER**

How do you find defendant GARY KERSHNER?

Not Guilty _____   Guilty __X__

## IX. COUNT NINE: FALSE STATEMENT TO THE FBI REGARDING ISSUING STOCK AS PART OF DEBT CONVERSION

**As to defendant GARY KERSHNER**

How do you find defendant GARY KERSHNER?

Not Guilty _____   Guilty __X__

## X. COUNT TEN: FALSE STATEMENT TO THE FBI REGARDING SANDY WINICK'S INVOLVEMENT IN NKRN

### As to defendant GARY KERSHNER

How do you find defendant GARY KERSHNER?

                Not Guilty _____    Guilty __X__

_[signature]_                   11/9/2015
**FOREPERSON'S SIGNATURE**          **DATE**

Please advise the Court by separate note that you have reached a verdict.