**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MEB
F. #2013R01274

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 21, 2020

**By ECF**

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Gary Kershner, et al.
>          Criminal Docket No. 13 CR 452 (ENV) (S-2)

Dear Judge Vitaliano:

The government respectfully submits this letter to request that the government be permitted to file its sentencing memorandum by February 24, 2020 at noon with respect to the defendant Gary Kershner's sentencing hearing, to be held on February 28, 2020. The government's sentencing memorandum is currently due by the end of the day today. See Order dated February 6, 2020 (ordering the government to file its sentencing submission within seven days of the defendant's sentencing submission). The defendant's counsel does not object to the government's request.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

By:            /s/
                  Mark E. Bini
                  Assistant U.S. Attorney
                  (718) 254-8761

Cc:    Clerk of the Court (ENV) (By ECF)
       Steve Zissou, Esq. (By ECF and E-mail)