Docket Number: 13cr452-5

<u>Criminal Cause for Sentencing</u>

Date Received by Docket Clerk: 5/5/2020               Docket Clerk Initials: __GA__

Before Judge: **Eric N. Vitaliano**     Date: 2/28/2020     Time in Court: 45 minutes

Defendant's Name: Gary Kershner

Defendant: # 1

X   Present                                                                 X Bond

Defense Counsel: Steven Zissou
AUSA: Mark Bino
Probation Officer: Mary Ann Betts
Pretrial Officer: n/a
Court Reporter: Michele Lucchese
Interpreter: n/a
Case Manager: **William Villanueva**

**<u>Text:</u>**

<u>Imprisonment</u>: 30 months on counts 1, 2, 6, 7, 21, 24 and 25. Each term of imprisonment to run concurrently.

<u>Probation</u>: n/a

<u>Supervised Release</u>: 2 years

<u>Special Assessment</u>: $700.00

<u>Fine</u>: none

<u>Restitution</u>: $873,473.06

<u>Dismissed Charges</u>: Superseding indictment (S1) and original indictment dismissed

<u>Surrender Date</u>: 9/21/2020

- Request for a Fatico Hearing denied.

***PLEASE SEE J&C FOR ADDITIONAL DETAILS AND SPECIAL CONDITIONS***