# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of September, two thousand twenty.

Before:    Michael H. Park,
      *Circuit Judge.*

_____

| | |
|---|---|
| United States of America, | **ORDER** |
|   Appellee, | Docket No. 20-1620 |
| v. | |
| Gary Kershner, | |
|   Defendant – Appellant. | |

_____

  Appellant moves for bail pending appeal and for a stay of his surrender to prison which is scheduled for September 21, 2020.

  IT IS HEREBY ORDERED that the motion for bail pending appeal is REFERRED to a three-judge motions panel. Any opposition to the bail motion must be filed by September 28, 2020. Appellant's request for a stay of his surrender date is DENIED.

                For the Court:
                Catherine O'Hagan Wolfe,
                Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/18/2020