# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of October, two thousand twenty.

Present:
>Reena Raggi,
>Richard J. Sullivan,
>Steven J. Menashi,
>>*Circuit Judges*.

United States of America

>*Appellee,*

v.     No. 20-16~~20~~

Gary Kershner

>*Defendant-Appellant.*

Defendant-Appellant Gary Kershner moves for bail pending appeal. It is hereby ORDERED that Appellant's motion is DENIED, because he failed to show that appeal "is not for the purpose of delay and raises a substantial question of law or fact" as required in 18 U.S.C. § 3143(b).

>FOR THE COURT:
>Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/23/2020